# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIUS BRADFORD,
                Appellant,
        vs.
THE STATE OF NEVADA,
                Respondent.

No. 83417

**FILED**

SEP 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a pretrial motion to dismiss felony-murder theory as legally inadequate, denying a pretrial motion to dismiss felony-murder theory as being violative of the double jeopardy clause, and denying a pretrial motion to dismiss felony-murder theory as being violative of the ex post facto and due process clauses.[1] Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

                    _____, J.
                    Parraguirre

_____, J.              _____, J.
Stiglich                           Silver

---

[1]Appellant's appeal from the judgment of conviction was reversed and remanded. *Bradford v. State*, Docket No. 62108 (Order of Reversal and Remand, October 24, 2017).

21-28122

cc:    Hon. Tierra Danielle Jones, District Judge
Julius Bradford
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Lisa A. Rasmussen

SUPREME COURT
OF
NEVADA

(O) 1947A